**IN THE SUPREME COURT OF TENNESSEE**

**AT KNOXVILLE**

FILED

**February 17, 1998**

**Cecil Crowson, Jr.**
Appellate Court Clerk

| STATE OF TENNESSEE, | ( | |
| | ( | |
| Plaintiff-Appellee, | ( | Filed: February 17, 1998 |
| | ( | |
| | ( | |
| v. | ( | |
| | ( | S. Ct. No. |
| | ( | 03S01-9612-CR-00120 |
| DAVEY JOE VINEYARD AND | ( | |
| JIMMY LEE COCKBURN, | ( | |
| | ( | |
| Defendants-Appellants. | ( | |

## Order on Petition To Rehear

Upon consideration of the petition to rehear filed by the appellants Davey Joe Vineyard and Jimmy Lee Cockburn, this Court is of the opinion that the petition should be and the same is hereby denied.

PER CURIAM